
FILED
NOV 28 2016
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MONTANA CITY MEATS, INC., and GARRY M. WHEELOCK,<br><br>Plaintiffs,<br><br>v.<br><br>GARY HAMEL, Individually and as Bureau Chief of the Meat Inspection Bureau of the Montana Department of Livestock, CHRISTIAN MACKAY, Individually and as the Executive Officer of the Montana Department of Livestock, MONTANA DEPARTMENT OF LIVESTOCK, and JOHN DOES 1-20,<br><br>Defendants. | Cause No.: CV 16-02-H-SEH<br><br>**ORDER** |

UPON Plaintiffs Montana City Meats, Inc. and Garry M. Wheelock's, Unopposed Motion to Extend Scheduling Order Deadlines,

IT IS HEREBY ORDERED, that the Scheduling Order deadlines be amended as follows:

Plaintiff shall disclose, and provide Fed.R.Civ.P. 26(s)(2) reports of, liability and damage experts on or before:    <u>January 13, 2017</u>

1

| | |
|---|---|
| Defendant shall disclose, and provide Fed.R.Civ.P. 26(s)(2) reports of, liability and damage experts on or before: | February 10, 2017 |
| Discovery closes: | March 10, 2017 |

Discovery motions, with supporting briefs, shall be filed no later than 10 days following the moving party's compliant with Fed. R. Civ. P. 26(c)(1) and 37(a)(1).

| | |
|---|---|
| All pretrial motions, other than discovery motions, Shall be filed and fully briefed on or before: | May 12, 2017 |
| An attorney's conference to discuss the final Pretrial order preparation on or before: | June 30, 2017 |
| Proposed final pretrial order on or before: | July 14, 2017 |

DATED this 28th day of November, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

2