

FILED

MAY 0 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MONTANA CITY MEATS, INC., and GARRY M. WHEELOCK, <br><br> Plaintiff, <br><br> vs. <br><br> GARY HAMEL, Individually and as Bureau Chief of the Meat Inspection Bureau of the Montana Department of Livestock, CHRISTIAN MACKAY, Individually and as the Executive Officer of the Montana Department of Livestock, MONTANA DEPARTMENT OF LIVESTOCK, a state agency of Montana, <br><br> Defendants. | No. CV 16-02-H-SEH <br><br> **ORDER** |

On May 1, 2017, a telephonic conference was held upon joint request of the parties. Plaintiffs were represented by Scott Peterson, Esq. Defendants were represented by Michael Kauffman, Esq. and Patricia Klanke, Esq.

ORDERED:

The Court's scheduling order of May 10, 2016,[1] as amended on November 28, 2016,[2] and supplemented on March 6, 2017,[3] is amended as follows:

| | |
|---|---|
| An attorney's conference to discuss the final pretrial order preparation on or before: | July 28, 2017 |
| Proposed final pretrial order on or before: | August 11, 2017 |

All other matters in the Court's Orders of May 10, 2016, as amended on November 28, 2016, and supplemented on March 6, 2017, remain in full force and effect.

DATED this 1st day of May, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 24.

[2] Doc. 47.

[3] Doc. 50.