
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

MONTANA CITY MEATS, INC., and
GARRY M. WHEELOCK,

    Plaintiff,

vs.

GARY HAMEL, Individually and as
Bureau Chief of the Meat Inspection
Bureau of the Montana Department of
Livestock, CHRISTIAN MACKAY,
Individually and as the Executive
Officer of the Montana Department of
Livestock, MONTANA
DEPARTMENT OF LIVESTOCK, a
state agency of Montana,

    Defendants.

No. CV 16-02-H-SEH

**ORDER**

Upon the record made in open court on August 8, 2017, the Court ordered the parties to file the final pretrial order on or before September 22, 2017.

The Court has today issued its order directed at the parties' cross-motions for summary judgment on Count I of the Second Amended Complaint.

In the interests of facilitating disposition of remaining issues for trial:

ORDERED

1. As previously ordered, the parties shall prepare and file on or before September 22, 2017 a proposed pretrial order in compliance with L.R. 16.4 and the Court's Order of May, 25, 2016,[1] directed and limited to the claim or claims remaining and undecided in Count I of the Second Amended Complaint.

2. Issues related to Counts II-VII will be addressed by separate order.

DATED this 11th day of September, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. No. 25.