# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

FILED
OCT 18 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MONTANA CITY MEATS, INC., and GARRY M. WHEELOCK,<br><br>Plaintiff,<br><br>vs.<br><br>GARY HAMEL, Individually and as Bureau Chief of the Meat Inspection Bureau of the Montana Department of Livestock, MICHAEL HONEYCUTT, Individually and as the Executive Officer of the Montana Department of Livestock, MONTANA DEPARTMENT OF LIVESTOCK, a state agency of Montana,<br><br>Defendants. | No. CV 16-02-H-SEH<br><br>ORDER |

Plaintiffs have identified Garry Wheelock, Murry Warhank, and Susan Ostler as experts to be called at time of trial, each of whom has been deposed.[1] Plaintiffs represent that they incorporate the opinion and statements in those

---

[1] Docs. 53, 110.

depositions into their expert disclosures.[2]

ORDERED:

Plaintiffs shall forthwith file complete copies of the depositions of Garry Wheelock, Murry Warhank, and Susan Ostler in the electronic record and send copies of each to Chamber, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before October 20, 2017.

DATED this 18th day of October, 2017.

SAM E. HADDON
United States District Judge

---

[2] Docs. 53, 110.