IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA CITY MEATS, INC., and GARRY M. WHEELOCK, <br><br> Plaintiff, <br><br> v. <br><br> GARY HAMEL, as Bureau Chief of the Meat Inspection Bureau of the Montana Department of Livestock, MICHAEL HONEYCUTT, as the Executive Officer of the Montana Department of Livestock, MONTANA DEPARTMENT OF LIVESTOCK, a state agency of Montana. <br><br> Defendants. | Cause No. 16-CV-0002-SEH <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Attorneys for all parties having stipulated in writing to this Court that this case may be dismissed, with prejudice, each party to bear its own costs and fees incurred;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, each party to bear its costs and attorney's fees incurred herein.

DATED this 23rd day of February, 2018.

SAM E. HADDON
United States District Judge

1